THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:23-CV-01308-FL

| | |
|---|---|
| TAMMY DALE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | ORDER FOR PAYMENT OF |
| v. ) | ATTORNEY FEES |
| ) | UNDER THE EQUAL |
| ) | ACCESS TO JUSTICE ACT |
| MARTIN O'MALLEY, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

Upon stipulation and agreement of the parties, it is ORDERED that Defendant pay to Plaintiff $5,150.00 in attorney's fees, in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412. If the award to Plaintiff is not subject to the Treasury Offset Program, payment will be made by check payable to Plaintiff's counsel, Derrick K. Arrowood, of Arrowood and Hall, PLLC, and mailed to his office at PO Box 58129, Raleigh, NC 27658, in accordance with Plaintiff's assignment to his attorney of his right to payment of attorney's fees under the Equal Access to Justice Act. Additionally, Plaintiff shall be reimbursed $402.00 in costs from the Judgment Fund by the U.S. Treasury pursuant to 28 U.S.C. § 2412(a)(1).

SO ORDERED this 9th day of September, 2024.

_____
LOUISE W. FLANAGAN
United States District Judge